UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TERRELL SCOTT, | : | |
| Petitioner, | : | Civ. No. 15-6253 (RBK) |
| v. | : | |
| WARDEN J. HOLLINGSWORTH, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

  Petitioner is a federal prisoner currently incarcerated at F.C.I. Fort Dix in Fort Dix, New Jersey. He is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On August 19, 2015, this Court administratively terminated this action as petitioner had failed to pay the $5.00 filing fee and did not submit an application to proceed *in forma pauperis*. (*See* Dkt. No. 2)

  Subsequently, petitioner submitted a letter in which he indicated that he sent the Court a money order. (*See* Dkt. No. 3) The Clerk will be ordered to reopen this case so that this letter can be analyzed. The docket does not reflect that this Court ever received the $5.00 filing fee in this case. Therefore, the Clerk will be ordered to re-administratively terminate this case.

  Accordingly, IT IS this   14th   day of January, 2016,

  ORDERED that the Clerk shall reopen this case so that petitioner's letter (Dkt. No. 3) can be analyzed; and it is further

  ORDERED that the Clerk shall re-administratively terminate this case for petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete application to proceed *in forma pauperis*; and it is further

2

ORDERED that if petitioner wishes to reopen this action, he shall notify the Court within thirty (30) days of the date of entry of this Order, in writing; petitioner's writing shall include either: (1) a complete *in forma pauperis* application, including a certified statement of petitioner's institutional account as required by Local Civil Rule 81.2(b); or (2) the $5.00 filing fee; and it is further

ORDERED that the Clerk shall serve a copy of this Order and a blank form application to proceed *in forma pauperis* by a prisoner in a habeas corpus case on petitioner by regular U.S. mail.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge