## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| TERRELL SCOTT, | : | |
| Petitioner, | : | Civ. No. 15-6253 (RBK) |
| v. | : | |
| WARDEN J. HOLLINGSWORTH, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner, Terrell Scott, is a former federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Mr. Scott lists his address of record in this case at F.C.I. Fort Dix, in Fort Dix, New Jersey. However, a review of the Federal Bureau of Prisons inmate locator website indicates that Mr. Scott was released from incarceration on December 2, 2016. *See https://www.bop.gov/inmateloc/* (last visited April 19, 2017).

As of today's date, Mr. Scott has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Mr. Scott shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this  19th  day of April, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge